## Commonwealth ex rel. Webb *v.* Webb, Appellant.

Argued March 23, 1973. *Albert Momjian,* with him *Gene D. Cohen,* for appellant; *Wallace A. Murray, Jr.,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellee.

The order of the court below is vacated and the record remanded for a hearing.

## Cruz *v.* Achey et al., Appellants.

Argued March 19, 1973. *Bernerd A. Buzgon,* with him *Davis, Katz, Buzgon & Davis,* for appellants; *Allen H. Krause,* for appellee.

Order affirmed.

## Donnelly *v.* Foreman, Appellant.

Argued March 22, 1973. *Lawrence A. Ruth,* for appellant; *William H. Mitman,* for appellee.

Judgment affirmed.